United States District Court

Eastern District of California

Kenneth Stovall,

    Petitioner,             No. Civ. S 04-2364 LKK PAN P

  vs.                        Order

Derral Adams, Warden,

    Respondent.

-oOo-

January 27, 2005, respondent[1] requested leave to file and serve an untimely response to the habeas petition with a motion to dismiss the petition. Petitioner filed no opposition to the request. Respondent's request is granted.

So ordered.

Dated: April 26, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge

---

[1] The warden of the facility where petitioner is confined is substituted as respondent. See Fed. R. Civ. P. 25(d)(1); Rulle 2(a), Rules Governing Section 2254 Cases.